IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBERT KETCHUP, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:14-CV-384 (CAR) |
| OFFICER JACKSON, *et al.*, | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the United States Magistrate Judge [Doc. 19] to dismiss this case under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Plaintiff has not entered an objection to the Recommendation, and the time in which to do so has expired. Upon review of the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Report and Recommendation [Doc. 19] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and this case is hereby **DISMISSED** for Plaintiff's failure to prosecute.

**SO ORDERED,** this 26th day of August, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

CML

1